# Court of Appeals
# of the State of Georgia

ATLANTA, September 15, 2015

*The Court of Appeals hereby passes the following order*

**A16I0001. WELLS FARGO BANK, N.A. v. JOSEPH LEROY GRUBBS.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

14SV288



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, September 15, 2015.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*